## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 24-CV-20929

Plaintiff:
**TAHNISHA CLARK**

vs.

Defendant:
**NCL (BAHAMAS) LTD.**

For:
Karen Grossman
Lipcon, Margulies & Winkleman

Received by DLE Process Servers, Inc on the 15th day of March, 2024 at 11:04 am to be served on **NCL (BAHAMAS), LTD R.A: Farkas, Daniel S., Esq., 7665 Corporate Center Drive, Miami, FL 33126**

I, Antonio Samalea, do hereby affirm that on the **18th day of March, 2024** at **10:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action; Complaint and Demand for Jury Trial and Civil Cover Sheet.** with the date and hour of service endorsed thereon by me, to: **Anett Hernadez** as **Employee Authorized** for **NCL (BAHAMAS), LTD**, at the address of: **7665 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Antonio Samalea**
ID 3780

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2024017844

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

| DELIVERED | 3/18/2024 10:10 AM |
|---|---|
| SERVER | AS |
| LICENSE | ID 3780 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| TAHNISHA CLARK | ) |
| :---: | :---: |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  24cv20929 |
| NCL (BAHAMAS) LTD. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant, NCL (BAHAMAS) LTD.
By Serving its Registered Agent:
FARKAS, DANIEL S, ESQ.
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen Grossman, Esq.
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce De Leon Blvd, Suite 1480
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones
Deputy Clerk
U.S. District Courts